UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                            2:12-cr-81-FtM-29DNF

JENNIFER WALKER
_____

**ORDER**

This matter comes before the Court on defendant's letter dated May 2, 2013 construed as a motion for credit for time served (Doc. #84) filed on May 8, 2013. Defendant inquires about receiving credit for time served in the County Jail, gain time, and her release date. All of these matters are determined by the Bureau of Prisons, not the court.

The Court has no power to give defendant credit for time served. United States v. Wilson, 503 U.S. 329, 336 (1992); United States v. Lucas, 898 F.2d 1554, 1556 (11th Cir. 1990). Only the Bureau of Prisons, as the designated agent of the Attorney General, has the authority to determine initially the amount of credit a federal prisoner should receive. Wilson, 503 U.S. at 335-36; Lucas, 898 F.2d at 1556. A federal inmate who disagrees with the calculation of the Bureau of Prisons must exhaust all administrative remedies and then may file a petition in federal court pursuant to 28 U.S.C. § 2241 naming the warden as defendant. E.g., Rodriquez v. Lamer, 60 F.3d 745, 747 (11th Cir. 1995). Accordingly, the motion will be denied without prejudice.

Defendant should address her inquiries to the federal Bureau of Prisons.

Accordingly, it is now

**ORDERED**:

Defendant's letter dated May 2, 2013, construed as a motion for credit for time served (Doc. #84), is **DENIED** without prejudice.

**DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of May, 2013.

_John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Jennifer Walker